UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2007 APR 18 A 11: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.                          Case No. 3:02-cr-82-J-20MCR

JAMES MATTHEW ELLISON

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On April 18, 2007, M. Scotland Morris, Assistant United States Attorney, and the Defendant, JAMES MATTHEW ELLISON, appeared in person and with his counsel, Lynn Palmer Bailey, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 262, filed January 22, 2007).

The Defendant, having heretofore been convicted on January 28, 2003, in Case No. 3:02-cr-82-J-21TEM, of offense charged, to wit: Conspiracy to distribute marijuana, in violation of 21 U.S.C. § 841(b)(1)(A), as charged in Count One of the Indictment; and was sentenced to imprisonment for a term of 57 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 262, filed January 22, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **nine (9) months**. The Court recommends FCI Jesup, GA.

3. The Defendant shall report to the designated institution no later than **2:00 p.m., Friday, May 18, 2007**.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
M. Scotland Morris, Esq.
Lynn Palmer Bailey, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office